## BILLINGTON v. MATHEWS CONSTRUCTION CO. et al.

No. 16514—Opinion Filed March 2, 1926.

Error from District Court, Lincoln County; Hal Johnson, Judge.

Action between E. S. Billington and Mathews Construction Company et al. From the judgment, the former appeals. Reversed and remanded.

Andrews & Andrews, for plaintiff in error.

H. M. Jarrett and Roscoe Cox, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as required by rule 7 of this court.